## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOE LOUIS KELLEY, JR.
REG. # 21350-009                                                                                              PETITIONER

VS.                                          5:08CV00122 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                           RESPONDENT

## ORDER

Petitioner has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (Docket entry #2.) The Court did not order service of the Petition because Petitioner did not pay the $5.00 filing fee, and did not qualify to proceed *In Forma Pauperis*. (Docket entry #3.) Petitioner has now paid the filing fee (docket entry #8), and the Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #2) and this Order on Respondent and the Arkansas Attorney General by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 21st day of July, 2008.

/s/ J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE